147 A.3d 393

PEPSI BOTTLING GROUP

v.

PLUMMER

Pet. Docket No. 22, Sept.Term, 2016

Court of Appeals of Maryland.

October 6, 2016

Reported below: 226 Md.App. 460, 130 A.3d 1047.

Petition for writ of certiorari and cross-petition both denied.

∎

147 A.3d 393

UNO RESTAURANTS

v.

RIVERA

Pet. Docket No. 144, Sept. Term, 2016

Court of Appeals of Maryland.

October 6, 2016

Opinion of the Court of Special Appeals unreported (No. 277, Sept. Term, 2014)

Petition for writ of certiorari and cross-petition both denied.